FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 08, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TYLER S. GREEN, D.M.D., PLLC, a Washington Limited Liability Company; TYLER S. GREEN and KELLI GREEN, a marital community; and LAUREN KERSJES, a single woman,<br>Plaintiffs,<br>v.<br>INTUIT INC., a Foreign Profit Corporation,<br>Defendant. | No. 2:26-CV-00350-SAB<br><br>**ORDER OF DISMISSAL** |

Before the Court is Plaintiffs' Notice of Voluntary Dismissal with Prejudice, ECF No. 15. Plaintiffs are represented by Clay M. Gatens and Michelle A. Green. Defendant is represented by Jeffrey M. Hanson and Charles C. Sipos.

Plaintiffs indicate they voluntarily dismiss their claims against Defendant with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and LCivR 41(a)(1)(A), as Defendant has not filed an answer or other responsive pleading.

//

//

//

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned case is **DISMISSED with prejudice** and without costs or attorney's fees.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this this 8th day of October 2026.

Stan Bastian
Chief United States District Judge